IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUSH | : | CIVIL ACTION NOS. |
| GARCIA | : | 02-4135 |
| RUSSELL | : | 02-5050 |
| SASU | : | 02-5446 |
| | : | 02-6528 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this         day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
**LEGROME DAVIS**